# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE DUPREE DEANDRE THOMAS,<br><br>Petitioner,<br>v.<br><br>WILLIAM L. NUNIZ, Warden,<br><br>Respondent. | Case No. CV 18-02434 DSF (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 7/5/18

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE